[Nos. 28828-8-I; 30634-1-I.   Division One.   October 18, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
WILLIAM BRYANT, *Appellant*.

*In the Matter of the Personal Restraint of*
MARK WILLIAM BRYANT, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-02489-4, Warren Chan, J., entered July 15,
1991, together with a petition for relief from personal re-
straint. Judgment *affirmed* and petition *denied* by unpub-
lished per curiam opinion.

[No. 30150-1-I.   Division One.   October 18, 1993.]

RHONDA W. SHARP, *Appellant*, v. EDWARD CONNELLY,
*Respondent*.

Appeal from judgments of the Superior Court for King
County, No. 91-5-00826-5, Murray McLeod, J. Pro Tem., and
Donald D. Haley, J., entered January 15 and February 26,
1992. *Affirmed in part* and *reversed in part* by unpublished
per curiam opinion.
Withdrawn January 24, 1994. See 72 Wn. App. 1038.

[No. 13906-5-II.   Division Two.   October 21, 1993.]

*In the Matter of the Custody of* D.L.T.

DUANE PETER TOWNE, *Respondent*, v. PATSY DEE
LEGGETT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 87-3-00313-4, David R. Draper, J., entered Janu-
ary 19, 1990. *Affirmed* by unpublished opinion per Alex-
ander, C.J., concurred in by Seinfeld, J., and Green, J. Pro
Tem.